NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SECURITY FIRST INSURANCE
COMPANY,

   Appellant,

v.         Case No. 2D17-5165

TRUE BUILDERS, INC., through
assignment from LORENZO RIVERA-
CRUZ,

   Appellee.
_____

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Polk
County; Andrea Teves Smith, Judge.

Kathryn L. Ender of Cole, Scott &
Kissane, P.A., Miami; and Scott A.
Cole and Therese A. Savona of Cole,
Scott & Kissane, P.A., Miami
(substituted as counsel of record) for
 Appellant.

Nicholas A. Shannin of Shannin Law
Firm, P.A., Orlando; and Gregory P.
Abaray of Law Office of Allen &
Abaray, P.A., Lakeland, for
Appellee.


PER CURIAM.

Affirmed.


KHOUZAM, MORRIS, and BLACK, JJ. Concur.